People v Lassiter (Levy) 2d Dept: 143 AD3d 915 (Dutchess) — denied 5/12/17 (Fahey, J.)

People v Lassiter (Levy) 2d Dept: 143 AD3d 916 (Dutchess) — denied 5/12/17 (Fahey, J.)

People v Lassiter (Levy) 2d Dept: 143 AD3d 917 (Dutchess) — denied 5/12/17 (Fahey, J.)

People v Lester — App Div, 1st Dept: 2017 NY Slip Op 62959(U) (NY) — dismissed 5/23/17 (DiFiore, Ch. J.)

People v Lightfoot — 4th Dept: 148 AD3d 1626 (Niagara) — denied 5/26/17 (Rivera, J.)

People v Logan — App Term, 1st Dept: 54 Misc 3d 146(A) (Bronx) — denied 5/11/17 (Rivera, J.)

People v Loja-Llivicota — 2d Dept: 148 AD3d 726 (Rockland) — denied 5/12/17 (Fahey, J.)

People v Lozada — 2d Dept: 148 AD3d 826 (Queens) — denied 5/3/17 (Garcia, J.)

People v Lynch — 1st Dept: 146 AD3d 699 (NY) — denied 5/12/17 (Fahey, J.)

People v Madden — 4th Dept: 148 AD3d 1576 (Monroe) — denied 5/23/17 (Stein, J.)

People v Madore — 4th Dept: 145 AD3d 1440 (Niagara) — denied 5/25/17 (Wilson, J.)

People v Maher — App Term, 2d Dept, 9th & 10th Jud Dists: 52 Misc 3d 136(A) (Suffolk) — denied 5/31/17 (Wilson, J.)

People v Marji — 4th Dept: 147 AD3d 1327 (Onondaga) — denied 5/2/17 (Stein, J.)

People v Martin — 2d Dept: 137 AD3d 1058 (Westchester) — denied 5/15/17 (Wilson, J.)

People v Martinez (Anthony) — 2d Dept: 148 AD3d 826 (Kings) — denied 5/31/17 (DiFiore, Ch. J.)

People v Martinez (Lesley) — 1st Dept: 147 AD3d 642 (NY) — denied 5/24/17 (Garcia, J.)

People v McCall — 3d Dept: 146 AD3d 1156 (Albany) — denied 5/1/17 (Garcia, J.)

People v McCarthy — 2d Dept: 146 AD3d 983 (Queens) — denied 5/22/17 (Fahey, J.)

People v McClain — 3d Dept: 145 AD3d 1192 (Albany) — denied reconsideration 5/22/17 (Fahey, J.)

People v Mears (Steven) — App Div, 1st Dept: 2016 NY Slip Op 78918(U) (NY) — dismissed 5/25/17 (Garcia, J.)

People v Mears (Steven) — App Div, 1st Dept: 2014 NY Slip Op 86355(U) (NY) — dismissed 5/25/17 (Garcia, J.)

People v Milan — 1st Dept: 145 AD3d 588 (NY) — denied 5/11/17 (Rivera, J.)

People v Mitchell — App Term, 1st Dept: 54 Misc 3d 144(A) (NY) — denied 5/12/17 (Fahey, J.)

People v Mohammad — 2d Dept: 148 AD3d 1185 (Nassau) — denied 5/24/17 (Fahey, J.)